4:24-cv-00077-KGB

This case assigned to District Judge Baker
and to Magistrate Judge Ervin

To: Whowever It may concern I have realized that It is In my best Intrest to prosicute the Indiviauls Involed in the Hostage, adding, and abetting, and extortion charges I Fealize I need to be charged to the fullest extent of the law I had, Relized that as long as Im here in this Jail still Hostage That was a bad Dision I appologize to the court but Now I Realized that my life Is in Danger and I Know that I had 1 yr to prosicute But This Jail cell is making make Bad Dissions about my well being, Im Scared Something might Happend

Maurice [signature]

GOD Bless you —

1-25-24

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 30 2024

TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

Maurice Williams
3201 - Roseville Rd
LR, ARK 72204

"Let me Out Please ASAP"

## AffiDavid

I Maurice Williamson Hereby would like to retract the Last AffiDavid and Replace It with this one Stating That I would like to prosicute to the Fullest extent of the Law base on my time I severd In The Jail Cell without a realease In Sight I would like to Be Free But I was afraid So I need to possicute as Soon as possible so I can get on with my life In NYC

P.S. Please release me Soon- 10-13

Maurice Williams

GOD Bless
1-25-24

M. Williamson
3201 - Rosevelt Rd
LR ARK 72204

Attn: Fed Building Suite
600 West Capital #149
LR, ARK 72201



LITTLE ROCK AR 720
26 JAN 2024 PM 3 L

USA FOREVER

72201-332999